# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161092(63)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

DEANDRE TERREL AUSTIN,
　　　　　Defendant-Appellant.

_____/

SC: 161092
COA: 344703
Wayne CC: 17-010362-FC

　　　　On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply brief is GRANTED. The reply brief submitted on June 15, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



Clerk